Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LHF Productions, Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Marc and Jane Doe Watkins; Hugo and Jane Doe Hernandez; Joyce and John Doe Williams; and Maritza and John Doe Alvarez,<br><br>Defendants. | Case No. 2:16-cv-01196-SRB<br><br>**RULE 55 (a) REQUEST FOR THE CLERK TO ENTER DEFAULT AGAINST MARITZA ALVAREZ AND JOHN DOE ALVAREZ** |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff LHF Productions, Inc. ("Plaintiff") hereby applies for entry of default by the Clerk of the Court against Defendants Maritza Alvarez and John Doe Alvarez ("Defendants"). Defendants were served by a process server on October 25, 2016. (Dkt. #21.) Defendants' responsive pleading was due on or before November 15, 2016. Defendants have failed to appear or otherwise defend.

For these reasons, Plaintiff requests that the Clerk of the Court enter default judgment on all claims plead in the Complaint. Plaintiff will separately file, within 10 days, a request under Rule 55(b) for the Court to set a hearing to: (1) effectuate judgment; (2) determine the amount of damages; (3) establish the truth of any allegation by evidence; or (4) investigate any other matter.

1  RESPECTFULLY SUBMITTED this 23rd day of November, 2016.

2  KERCSMAR & FELTUS PLLC

By *s/ Greg Collins*
Geoffrey S. Kercsmar
Gregory B. Collins
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2016, I electronically transmitted the attached document to the Clerk using the CM/ECF System for filing and mailed copies of the foregoing to the following:

Marc and Jane Doe Watkins
2627 N 45th Ave.
Phoenix, AZ 85035
Defendants

Hugo and Jane Doe Hernandez
5115 W. Verde Lane
Phoenix, AZ 85031
Defendants

Joyce Williams
2207 N 48th Lane
Phoenix, AZ 85035
Defendants

Maritza Alvarez
751 W Kentucky St.
Tucson, AZ 85714
Defendants


*s/ Marina Gonzales*