Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LHF Productions, Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Marc and Jane Doe Watkins; Hugo and Jane Doe Hernandez; Joyce and John Doe Williams; and Maritza and John Doe Alvarez,<br><br>Defendants. | Case No. 2:16-cv-01196-SRB<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF JOYCE AND JOHN DOE WILLIAMS** |

Plaintiff LHF Productions, Inc. provides notice of its voluntary dismissal under Rule 41(a) of Defendants: Joyce and John Doe Williams **without prejudice**. These defendants have not answered or appeared; accordingly, dismissal pursuant to Rule 41(a) is appropriate.

1  RESPECTFULLY SUBMITTED this 23rd day of November, 2016.

2                         KERCSMAR & FELTUS PLLC

4                By  *s/ Gregory Collins*
5                    Geoffrey S. Kercsmar
                  Gregory B. Collins
6                    7150 East Camelback Road
                  Scottsdale, Arizona 85251
7                    *Attorneys for Plaintiff*

(left margin: Kercsmar & Feltus PLLC / 7150 East Camelback Road, Suite 285 / Scottsdale, Arizona 85251 / (480) 421-1001)

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2016, I electronically transmitted the attached document to the Clerk using the CM/ECF System for filing and mailed copies of the foregoing to the following:

Marc and Jane Doe Watkins
2627 N 45th Ave.
Phoenix, AZ 85035
Defendants

Hugo and Jane Doe Hernandez
5115 W. Verde Lane
Phoenix, AZ 85031
Defendants

Joyce Williams
2207 N 48th Lane
Phoenix, AZ 85035
Defendants

Maritza Alvarez
751 W Kentucky St.
Tucson, AZ 85714
Defendants

*s/ Marina Gonzales*