Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LHF Productions, Inc., a Nevada Corporation, | Case No. 2:16-cv-01196-SRB |
| Plaintiff, | |
| v. | **STATUS REPORT** |
| Marc and Jane Doe Watkins; Hugo and Jane Doe Hernandez; Joyce and John Doe Williams; and Maritza and John Doe Alvarez, | |
| Defendants. | |

Plaintiff LHF Productions, Inc. ("Plaintiff") submits its status report as required by the Court's November 17, 2016 Order. (Dkt. #30.) Along with this status report, Plaintiff has separately filed a notice of dismissal of Defendant Joyce Williams and John Doe Williams without prejudice. Plaintiff has also filed its Fed.R.Civ.55(a) request for entry of default against Defendants Maritza Alvarez and John Doe Alvarez.

Once the clerk enters default against Defendants Maritza Alvarez and John Doe Alvarez, all that remains in this case is for judgment to enter. On or before December 9, 2016, Plaintiff will file its Rule 55(b) motion for the Court to set a hearing to: (1) effectuate judgment; (2) determine the amount of damages; (3) establish the truth of any allegation by evidence; or (4) investigate any other matter.

1

RESPECTFULLY SUBMITTED this 23rd day of November, 2016.

2

KERCSMAR & FELTUS PLLC

3

4

By *s/ Greg Collins*

5

Geoffrey S. Kercsmar
Gregory B. Collins

6

7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251

7

*Attorneys for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

**CERTIFICATE OF SERVICE**

1

2          I hereby certify that on November 23, 2016, I electronically transmitted the
attached document to the Clerk using the CM/ECF System for filing and mailed a copy
3    of the foregoing to the following:

4
Marc and Jane Doe Watkins
5    2627 N 45th Ave.
Phoenix, AZ 85035
6    Defendants

7
Hugo and Jane Doe Hernandez
8    5115 W. Verde Lane
Phoenix, AZ 85031
9    Defendants

10
Joyce Williams
11   2207 N 48th Lane
Phoenix, AZ 85035
12   Defendants

13
Maritza Alvarez
14   751 W Kentucky St.
Tucson, AZ 85714
15   Defendants

16

17
     *s/ Marina Gonzales*
18

19

20

21

22

23

24

25

26

27

28

Kersmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001