# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LHF Productions Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Unknown Parties, et al.,<br><br>    Defendants. | **NO. CV-16-01196-PHX-SRB**<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Maritza Alvarez.

DEFAULT ENTERED this 28th day of November, 2016.

Brian D. Karth<br>
District Court Executive/Clerk of Court

November 28, 2016

By    s/ Leann Dixon<br>
       Deputy Clerk