AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

)
)
v.                         )      Case No.:
)
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                                  *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ........................................................ | $_____ |
| Fees for service of summons and subpoena ............................... | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | _____ |
| Fees and disbursements for printing ..................................... | _____ |
| Fees for witnesses *(itemize on page two)* ............................... | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ........................................ | _____ |
| Docket fees under 28 U.S.C. 1923 ....................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ......................... | _____ |
| Compensation of court-appointed experts ............................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* ............................................. | _____ |
| TOTAL | $_____ |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

❒   Electronic service            ❒   First class mail, postage prepaid

❒   Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____                                             Date: _____
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*         *Deputy Clerk*         *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| | |
|---|---|
| **From:** | azddb_responses@azd.uscourts.gov |
| **Sent:** | Tuesday, April 26, 2016 10:06 AM |
| **To:** | azddb_nefs@azd.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-01196-PGR LHF Productions Incorporated v. Unknown Parties Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

DISTRICT OF ARIZONA

## Notice of Electronic Filing

The following transaction was entered on 4/26/2016 at 10:05 AM MST and filed on 4/25/2016
**Case Name:** LHF Productions Incorporated v. Unknown Parties
**Case Number:** [2:16-cv-01196-PGR](#)
**Filer:** LHF Productions Incorporated
**Document Number:** [1](#)

**Docket Text:**
**COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-12890475 filed by LHF Productions Incorporated.(submitted by Gregory Collins) (Attachments: # (1) part 2, # (2) Civil Cover Sheet)(EJA)**


**2:16-cv-01196-PGR Notice has been electronically mailed to:**

Geoffrey S Kercsmar     [gsk@kflawaz.com](mailto:gsk@kflawaz.com), [bjb@kflawaz.com](mailto:bjb@kflawaz.com), [kld@kflawaz.com](mailto:kld@kflawaz.com)

Gregory Blain Collins     [gbc@kflawaz.com](mailto:gbc@kflawaz.com), [bjb@kflawaz.com](mailto:bjb@kflawaz.com)

**2:16-cv-01196-PGR Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=4/26/2016] [FileNumber=14812579-0] [0032be58848f5d9f2df84029dfa5eb0cc759fffb03483262ddedf6d0453b5d7223 51177a4b7d5b80687a600124994de63d0b80ce767240c53db5be344a5ee792]]

Subpoena Compliance Office
Cox Communications, Inc.
6205B Peachtree Dunwoody Road, 16th Floor
Atlanta, GA 30328
(404) 269-0100
FAX: (404) 269-1898
subpoenaresponse@cox.com

PAYOR COPY

June 14, 2016

TO:    Kercsmar & Feltus PLLC

RE:    Charges for Response to Attached Subpoena

**Reference # 15 -** LHF Productions, Inc. v. John & Jane Doe 1-22 (IP 70.164.249.207)    *Invoice #* 12831

## I N V O I C E

To defray cost of compliance, payment of the following charges is required for the response provided by Cox Communications to the attached request for production of information or records.  Payment is due upon receipt.

**Cost Reimbursement**    (18 U.S.C. section 2706)

|   | | |
|---|---|---|
|   | $50.00 | Per account for basic information |
|   | $40.00 | Per account for alarm activity information |
|   | $25.00 | Per account for alarm activity information (Cox Customers only) |
|   | $100.00 | Expedited handling |
|   | $50.00/Month (Flat rate) | Telephone call detail records (other than toll) |
|   | No Charge | Telephone toll records and basic Cox telephone subscriber records |
|   | $25.00/first 3 months, $25 each addt'l | Telephone call detail records (civil cases for Cox customers) |
|   | $5.00 | Per account in excess of 10 telephone subscribers* |
|   | $75.00/Hr./Staff | Requests requiring greater than 0.5 hours ($40.00 minimum) |
|   | $80.00 | For preservation requests |
|   | No Charge | Internet Crimes Against Children (unless expedited response is sought) |
|   | Pen Register/Trap and Trace | $2500 for 60 days - $2000 for each additional 60 days |
|   | Wiretap | $3500 for 30 days - $2500 for each additional 30 days |

**Copyright Infringement Cases**

| | | |
|---|---|---|
| **10** | $60.00/per IP Address | 1-10 IP Addresses |
| **10** | $55.00/per IP Address | 11-20 IP Addresses |
| **1** | $50.00/per IP Address | 21 & up IP Addresses |

*Telephone subscriber requests in excess of 10 accounts or otherwise voluminous may be charged under 18 USC 2706.
Telephone account information in civil cases are charged $50.00 per account.

**For more information: http://www.cox.com/Policy/leainformation/default.asp or call (404) 269-0100
Law Enforcement Agents can check service providers at http://www.npac.com.**

**TOTAL:**    **$1,200.00**

**Make checks payable to Cox Communications (Tax ID# 58-2112281)(Dun's # 789111374-1234).
CAGE CODE 4Z4M5
Include the Reference and Invoice #'s from above along with payment**

**Mail to:  Cox Communications
            Subpoena Compliance/Legal Dept.
            6205-B Peachtree Dunwoody Road, 16th Floor
            Atlanta, GA 30328**



**INVOICE**

Invoice #ACM-2016001881
10/26/2016



Send Payments To:
ARTEMIS LEGAL
425 W Paseo Redondo, Ste 4
Tucson, AZ 85701
Phone: (520) 629-0303
Fax: (520) 628-8339
47-4394161

Gregory B. Collins
KERCSMAR & FELTUS PLLC
7150 E. Camelback Rd.
Suite 285
Scottsdale, AZ 85251

Case Number: 2:16-CV-01196-SRB

Plaintiff:
LHF PRODUCTIONS, INC., a Nevada corporation,

Defendant:
MARC and JANE DOE WATKINS; HUGO and JANE DOE HERNANDEZ; JOYCE and JOHN DOE WILLIAMS; and MARITZA and JOHN DOE ALVAREZ,

Served: 10/25/2016 7:29 pm
To be served on: MARITZA ALVAREZ

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service of Process | 1.00 | 55.00 | 55.00 |
| Document Fee | 1.00 | 10.00 | 10.00 |
| TOTAL CHARGED: | | | $65.00 |

**BALANCE DUE:** $65.00 ✓

Like us on FACEBOOK!
Payment Terms: NET 15. Late fees may be charged at the discretion of Artemis Legal.

Copyright © 1992-2013 Database Services, Inc - Process Server's Toolbox V7.0t

Page 1 / 1